**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JOVAN COOPER, #K58636, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-cv-00757-SMY |
| SCANLAN, et al., | ) ) ) |
| Defendants. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME the Defendants, ZACHARY FITZGERALD, TRENTON FREEMAN, JASON MORRIS, PHILIP ROYSTER and JACOB SCANLAN, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby provide their Answer to Plaintiff's Complaint [Doc 1], in accordance with the Southern District Administrative Order No. 244 and this Court's Merit Review [Doc. 9]:

**THE COMPLAINT**

Sometime in January 2018, Plaintiff was beaten by Officers Scanlan, Royster, Morris, Fitzgerald, and Freeman while he was cuffed to a steel or iron gate in Menard's sick call area. As the officers assaulted Plaintiff, they used racial slurs against him.

**ANSWER: Defendants deny the allegations contained in this paragraph.**

One of the officers (Officer Royster) harassed Plaintiff twice the same week by turning the water in his cell on and off.

**ANSWER: Defendant Royster denies the allegations contained in this paragraph. The remaining Defendants lack knowledge and/or information to form a belief about the truth of the allegations contained in this paragraph.**

Plaintiff's personal property was also stolen.

**ANSWER: Defendants lack knowledge and/or information sufficient to form a belief about the truth of the allegations contained in this paragraph.**

Count 1:   Eighth Amendment excessive force claim against Defendants Scanlan, Royster, Morris, Fitzgerald, and Freeman.

**ANSWER: Defendants deny violating Plaintiff's constitutional rights and deny they used excessive force against Plaintiff.**

Count 2:   Fourteenth Amendment equal protection claim against Defendants Scanlan, Royster, Morris, Fitzgerald, and Freeman.

**ANSWER: Defendants deny violating Plaintiff's constitutional right to equal protection under the Fourteenth Amendment.**

Count 3:   Fourteenth Amendment claim for deprivation of property without due process of law against Defendants Scanlan, Royster, Morris, Fitzgerald, and Freeman.

**ANSWER: Pursuant to the Memorandum and Order filed on December 9, 2019, Count 3 was dismissed without prejudice.**

## JURY DEMAND

Defendants demand a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

**Exhaustion of Administrative Remedies**

Plaintiff has filed suit concerning incidents which occurred while Plaintiff was incarcerated within the Department of Corrections. Plaintiff has failed to properly exhaust administrative remedies as is required prior to filing suit under 42 U.S.C. §1983 and his claims are, therefore, barred by the Prison Litigation Reform Act (42 U.S.C. § 1997e(a)) and Perez v. Wisconsin Dept. of Corrections, 182 F. 3d 532 (7th Cir. 1999).

**Eleventh Amendment Sovereign Immunity**

Any claim made by Plaintiff for monetary damages against Defendants in their official

capacity is precluded by the Eleventh Amendment, which bars an action for damages in federal court against a State or a State official sued in their official capacity.

**Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court enter judgment in their favor and against Plaintiff, and deny any and all relief requested by Plaintiff in this matter.

        Respectfully submitted,

        ZACHARY FITZGERALD, TRENTON, FREEMAN, JASON MORRIS, PHILIP ROYSTER and JACOB SCANLAN,

        Defendants,

        KWAME RAOUL, Attorney General,
        State of Illinois,

        Attorney for Defendants,

Jennifer Powell #6310553
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781        BY:   s/ Jennifer Powell
                              Jennifer Powell #6310553
                              Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOVAN COOPER, #K58636, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-00757-SMY |
| | ) | |
| SCANLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, the foregoing document, <u>Answer and Affirmative Defense</u> was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Jovan Cooper #K58636
PINCKNEYVILLE CORRECTIONAL CENTER
5835 State Route 154
PO Box 999
Pinckneyville, IL 62274

                                                    Respectfully Submitted,

                                                    s/ Jennifer Powell _____
                                                    Jennifer Powell #6310553
                                                    Assistant Attorney General
                                                    201 West Pointe Dr. Suite 7
                                                    Swansea, IL 62226
                                                    Phone: (618) 236-8781
                                                    Fax: (618) 236-8620
                                                    E-Mail: jpowell@atg.state.il.us